**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Nieves Ortiz VALLECILLO,**
**Defendant–Appellant.**

**No. 12–11437**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 14, 2012.

Peter J. Sholl, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, Mac D. Heavener, III, Assistant U.S. Attorney, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

James A. Hernandez, Law Office of James A. Hernandez, Jacksonville, FL, for Defendant–Appellant.

Jose Nieves Ortiz Vallecillo, Pecos, TX, pro se.

Before MARCUS, HILL and KRAVITCH, Circuit Judges.

PER CURIAM:

James A. Hernandez, appointed counsel for Jose Vallecillo in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Vallecillo's conviction and sentence are **AFFIRMED**.